**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **NORMAN RICE,** | ) | **CASE NO.1:05CV2114** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **CUYAHOGA COUNTY DEPARTMENT** | ) | **AMENDED ORDER** |
| **OF JUSTICE AFFAIRS, ET AL.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**CHRISTOPHER A. BOYKO, J:**

The Court amends its Opinion and Order of October 20, 2006 to include Marty Murphy as a named Defendant whose Motion to Dismiss is denied. Due to a clerical error Mr. Murphy's name was left off the original Court Order. Mr. Murphy's defenses in the Motion to Dismiss were addressed in the Court's Opinion and Order. Therefore, Plaintiff's claims against Mr. Murphy, along with those Defendants not dismissed in the Court's Opinion and Order, remain pending.

The Court grants Defendants' Motion to Stay Pending Interlocutory Appeal (ECF Dkt# 22). Parties shall contact the Court for a case management conference upon a decision by the Sixth Circuit Court of Appeals on Defendants' Interlocutory Appeal. Therefore, this case is

stayed.

        IT IS SO ORDERED.


December 19, 2006                s/Christopher A. Boyko
Date                              CHRISTOPHER A. BOYKO
                                      United States District Judge