# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| NORMAN RICE, ) | CASE NO. 1:05CV2114 |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | |
| ) | |
| CUYAHOGA COUNTY DEPARTMENT ) | |
| OF JUSTICE AFFAIRS, et al., ) | |
| Defendant(s). ) | **ORDER** |

Plaintiff agrees to withdraw his federal law claims with prejudice and agrees to a dismissal of his complaint without prejudice to bringing his state law claim in state court. The Defendants agree with this resolution and also agree to defend against the Plaintiff's state law claim in state court without raising a jurisdiction or statute-of-limitations defense.

Accordingly, this matter is dismissed with prejudice as to the federal claims, and dismissed without prejudice as to the state claims.

IT IS SO ORDERED.

 s/Christopher A. Boyko
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

March 20, 2008