**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| NORMAN RICE ) | CASE NO. 1:05CV2114 |
| ) | |
| Plaintiff(s), ) | |
| v. ) | |
| ) | |
| CUYAHOGA COUNTY DEPARTMENT OF ) | |
| JUSTICE AFFAIRS, et al., ) | |
| Defendant(s). ) | **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

                                            s/Christopher A. Boyko
                                            HONORABLE CHRISTOPHER A. BOYKO
                                            UNITED STATES DISTRICT JUDGE

March 20, 2008